IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SCOTT L. APEL,
    Plaintiff,

vs.                                       3:07cv405/RV/MD

JUDGE JOYCE WILLIAMS,
    Defendant.
_____

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on September 28, 2007, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.     This cause is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(I) and (iii).

At Pensacola, Florida, this 30th day of October, 2007.

                                                   */s/ Roger Vinson*
                                                   ROGER VINSON
                                                   SENIOR UNITED STATES DISTRICT JUDGE